**CLARK HILL PLC**
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail:  parmeni@clarkhill.com
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
Telephone:	(702) 862-8300
Facsimile:	(702) 778-9709

**J. CANTOR LAW**
JULIE D. CANTOR**
email: jc@jcantorlaw.com
1112 Montana Ave., #330
Santa Monica, CA  90401
Telephone:	(424) 291-2194
*\*\*Pro hac vice application submitted;
attorney has complied with LR IA 11-2*

*Attorneys for Plaintiff Gregory Bolin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY BOLIN,<br><br>                          Plaintiff,<br><br>        v.<br><br>DR. KOHN, *et al.*,<br><br>                          Defendants. | Case No.: 3:23-cv-00168-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>**[ECF NO. 17]** |

   Plaintiff GREGORY BOLIN, and Defendants JAMES DZURENDA and MICHAEL MINEV, by and through their respective counsel, hereby stipulate and request that this Court continue the mandatory case management conference from Monday, February 26, 2024, at 1:00 p.m. (ECF No. 17) to **Thursday, March 21, 2024 at 9:00 a.m.**. Plaintiffs' counsel recently appeared in this matter and require a short extension to review the matter and collect documents for the initial disclosures. The parties also respectfully request that the Court

continue the deadline for Plaintiff to serve Defendants with initial disclosures and file a case management conference statement to one week prior to the new case management conference date.

This request is made in good faith and not for the purposes of delay.

DATED this 20th day of February 2022:

CLARK HILL, PLC

/s/ Paola M. Armeni
PAOLA M. ARMENI, ESQ.

J. CANTOR LAW

/s/ Julie D. Cantor
JULIE D. CANTOR
*Attorneys for Plaintiff*

OFFICE OF THE ATTORNEY GENERAL
AARON FORD, Attorney General

/s/ Douglas R. Rands
DOUGLAS R. RANDS (Bar No. 9674)
Senior Deputy Attorney General
*Attorneys for Defendant*

ORDER

**IT IS SO ORDERED.**
**Dated:** February 21, 2024.

_____
UNITED STATES MAGISTRATE JUDGE