**J. CANTOR LAW**
JULIE D. CANTOR MD | JD**
California Bar No. 231672
E-mail: jc@jcantorlaw.com
1112 Montana Ave., #330
Santa Monica, CA  90403
Telephone:     (424) 291-2194
**Admitted pro hac vice*

**CLARK HILL PLC**
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail: parmeni@clarkhill.com
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
Telephone:    (702) 862-8300
Facsimile:    (702) 778-9709

*Attorneys for Plaintiff Gregory Bolin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY BOLIN,<br><br>                         Plaintiff,<br><br>     v.<br><br>DR. KOHN, *et al.*,<br><br>                         Defendants. | Case No.: 3:23-cv-00168-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE A MOTION TO SUBSTITUTE** |

Plaintiff GREGORY BOLIN, and Defendants JAMES DZURENDA and MICHAEL MINEV, by and through their respective counsel (the "Parties"), hereby stipulate and respectfully request that this Court continue the deadline to file a Motion to Substitute for the deceased defendant, Defendant Gregory M. Martin, by 60 days from May 17, 2024, to July 16, 2024.  The Parties are aligned in their interest to identify an individual who can stand in the shoes

of Mr. Martin but need additional time for investigation and, if necessary, to move the Clark County Probate Court to appoint an executor or special administrator for the estate of Mr. Martin who can serve, pursuant to Nevada law, as the proper party for the substitution of the deceased defendant under FRCP 25 in this federal court.

The Court has inherent power to enlarge this deadline. *See Zanowick v. Baxter Healthcare Corp.*, 850 F.3d 1090, 1094 ("In 1963, both Rule 6(b) and Rule 25(a)(1) [of the Federal Rules of Civil Procedure] were amended to give district courts discretion to enlarge the period of time to substitute a deceased party.").

This request is made in good faith and not for the purposes of delay.

DATED this 2nd day of May 2024.

| | |
|---|---|
| CLARK HILL PLLC | OFFICE OF THE ATTORNEY GENERAL |
| | AARON FORD, Attorney General |
| */s/ Paola M. Armeni, Esq* | |
| PAOLA M. ARMENI | */s/ Douglas R. Rands* |
| Nevada Bar No. 8357 | DOUGLAS R. RANDS |
| 1700 S. Pavilion Center Drive, Suite #500 | Nevada Bar No. 3572 |
| Las Vegas, Nevada 89135 | Senior Deputy Attorney General |
| | 100 North Carson Street |
| **J. CANTOR LAW** | Carson City, Nevada 89701 |
| JULIE D. CANTOR MD | JD** | *Attorneys for Defendants* |
| California Bar No. 231672 | |
| 1112 Montana Ave., #330 | |
| Santa Monica, CA  90403 | |
| **Admitted pro hac vice* | |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

DATED:  May 3, 2024

_____
UNITED STATES MAGISTRATE JUDGE