**J. Cantor Law**
JULIE D. CANTOR MD | JD**
E-mail:  jc@jcantorlaw.com
1112 Montana Ave., #330
Santa Monica, CA  90403
Telephone:     (424) 291-2194
**Admitted pro hac vice*

**Clark Hill PLC**
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail:  parmeni@clarkhill.com
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
Telephone:     (702) 862-8300
Facsimile:      (702) 778-9709

*Attorneys for Plaintiff Gregory Bolin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY BOLIN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DR. KOHN, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 3:23-cv-00168-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE MOTION TO SUBSTITUTE** |

　　　Plaintiff GREGORY BOLIN, and Defendants JAMES DZURENDA and MICHAEL MINEV, by and through their respective counsel (the "Parties"), hereby stipulate and respectfully request that this Court continue the deadline to file a Motion to Substitute for the deceased defendant, Defendant Gregory M. Martin, by 90 days from July 16, 2024 to **October 14, 2024**. The Parties are aligned in their interest to identify an individual who can stand in the

shoes of Mr. Martin, and an estate has now been identified. The Parties are engaging in meet-and-confer discussions to determine if this Court can appoint an executor or special administrator for the estate of Mr. Martin or if the Parties need to move the Clark County Probate Court to do so. The Parties note that other cases in this federal district are also seeking the proper party for the substitution of this deceased defendant under FRCP 25. *See, e.g., Macias v. Nevada*, No. 3:19-cv-00310-ART-CSD, 2023 WL 4530483, at *7-8 (D. Nev. July 12, 2023). It may be useful to coordinate these efforts, and the Parties are open to guidance from the Honorable Court on this issue in order to conserve judicial resources.

The Court has inherent power to enlarge this deadline. *See Zanowick v. Baxter Healthcare Corp.*, 850 F.3d 1090, 1094 ("In 1963, both Rule 6(b) and Rule 25(a)(1) [of the Federal Rules of Civil Procedure] were amended to give district courts discretion to enlarge the period of time to substitute a deceased party.").

This request is made in good faith and not for the purposes of delay.

DATED this 26th day of June 2024:

| CLARK HILL, PLC | OFFICE OF THE ATTORNEY GENERAL<br>AARON FORD, Attorney General |
|---|---|
| */s/ Paola M. Armeni*<br>PAOLA M. ARMENI, ESQ.<br>J. CANTOR LAW | */s/ Douglas R. Rands*<br>DOUGLAS R. RANDS (Bar No. 9674)<br>Senior Deputy Attorney General<br>*Attorneys for Defendant* |
| */s/ Julie D. Cantor*<br>JULIE D. CANTOR MD | JD<br>*Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

DATED: June 27, 2024.

_____
UNITED STATES MAGISTRATE JUDGE