**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY BOLIN,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>DR. KOHN, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-cv-00168-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF GREGORY BOLIN'S MOTION FOR SUBSTITUTION OF DEFENDANT GREGORY MARTIN** |

　　The Court hereby orders that, by reason of death, Defendant Gregory Martin is no longer a party to this action and that Mary Lefler, Special Administrator for the Estate of Gregory Martin, Deceased, is substituted as a party to this action in his place. Ms. Lefler is subject to the jurisdiction of this Court in this action.

**IT IS SO ORDERED.**

Dated: October 15, 2024

_____
CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE