AARON D. FORD
  Attorney General
DOUGLAS R. RANDS (Bar No. 3572)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1150 (phone)
Email: drands@ag.nv.gov


*Attorneys for Defendants*
*James Dzurenda and Michael Minev*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GREGORY BOLIN,

          Plaintiff,

v.

DR. KOHN, *et al.*,

          Defendants.

Case No. 3:23-cv-00168-MMD-CLB

**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION (ECF No. 58)**

    Plaintiff, Gregory Bolin, by and through counsel, Julie D. Cantor, J. Cantor Law, and Paula M. Armeni, Clark Hill, PLC and Defendants James Dzurenda and Michael Minev, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this *Joint Stipulation for Extension of Time to file Response to Preliminary Injunction.*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    BACKGROUND AND RELEVANT PROCEDURAL HISTORY

    Mr. Bolin filed this case alleging violations of his constitutional rights.(ECF No. 5) Defendants have accepted service.(ECF No. 13) On or about March 25, 2024, this Court issued a Scheduling Order and Discovery Plan.(ECF No. 29) Mr. Bolin filed a Motion for Preliminary Injunction on June 2, 2025. (ECF No. 58) The response is due on June 16, 2025. Counsel for the Defendants is scheduled to begin a jury trial on June 17, 2025 in

Federal District Court in Reno.  Due to trial preparation it will be difficult to craft a proper response by the deadline.  Therefore, the Parties request additional time for the response.

## II.    APPLICABLE LAW FOR MOTION TO STAY DISCOVERY

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request is timely and will not hinder or prejudice Mr. Bolin's case but will allow for a thorough opportunity to respond to the motion.  The requested extension of time should permit the Defendant time to adequately gather the required exhibits  and prepare the response.  Defendant asserts that the requisite good cause is present to warrant the requested extension of time.  Counsel has a trial that begins on June 17, 2025 and requires the remaining time to prepare for the trial.  This is the first extension request on this response and is made in good faith.

///
///
///
///
///
///
///
///
///
///
///
///

1  **III.    CONCLUSION**

2          Defendants assert that the requisite good cause and extenuating circumstances are

3  present to warrant the requested extension of time.  Therefore, Defendants requests an

4  extension to file their response to Plaintiff's Motion for Preliminary Injunction.  The Parties

5  request an extension of 25 days, or to **Friday, July 11, 2025,** to file the Defendants'

6  response**.**

7  DATED this 13th day of June, 2025.          DATED this 13th day of June, 2025.

8  J. CANTOR LAW                              AARON D. FORD
   CLARK HILL PLLC                            Attorney General

9

10

11  By: /s/ *Julie D. Cantor, MD, JD*            By:  /s/ *Douglas R. Rands*

12      Julie D. Cantor MD, JD                      DOUGLAS R. RANDS, Bar No.   3572
        Paola M. Armeni, Esq.                       Senior Deputy Attorney
13      *Attorneys for Plaintiff*                   *Attorneys for Defendants*

14                              **IT IS SO ORDERED.**

15

16                              _____

17                              **UNITED STATES JUDGE**

18                              **DATED:** June 16, 2025_____

19

20

21

22

23

24

25

26

27

28