**J. CANTOR LAW**
JULIE D. CANTOR MD | JD
California Bar No. 231672**
E-mail:  jc@jcantorlaw.com
1112 Montana Ave., #330
Santa Monica, California  90403
Telephone:    (424) 291-2194
**Admitted pro hac vice*

**CLARK HILL PLC**
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail:  parmeni@clarkhill.com
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada  89135
Telephone:    (702) 862-8300

**TRIAL LAWYERS FOR JUSTICE**
JAKOB Z. NORMAN
Wyoming Bar No. 6-3685**
ANSLEY H. O'BRIEN
Massachusetts Bar No. 711898**
Email:  jakob@tl4j.com, ansley@tl4j.com
1700 Koch St., Suite 5
Bozeman, Montana  59715
Telephone:    (307) 267-9432
**Admitted pro hac vice*

*Attorneys for Plaintiff Gregory Bolin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GREGORY BOLIN,

                                      Plaintiff,

          v.

DR. KOEHN, *et al.*,

                                      Defendants.

Case No. 3:23-cv-00168-MMD-CLB

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CHARLES DANIELS, JAMES DZURENDA AND HAROLD WICKHAM**

- 1 -

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS DANIELS, DZURENDA, AND WICKHAM**

Plaintiff Gregory Bolin and Defendants Charles Daniels, James Dzurenda, and Harold Wickham, by and through their respective counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims asserted against Defendants Charles Daniels, James Dzurenda, and Harold Wickham ("Dismissed Defendants") in this action are dismissed **with prejudice**.

This stipulation does not affect Plaintiff's claims against any remaining defendants.

Each party shall bear its own attorneys' fees and costs as to the dismissed claims against the Dismissed Defendants.

**IT IS SO STIPULATED.**

**DATED:** January 22, 2026

**CLARK HILL, PLC**

/s/ Paola M. Armeni
PAOLA M. ARMENI, ESQ.

**J. CANTOR LAW**

/s/ Julie D. Cantor
JULIE D. CANTOR MD | JD
*Attorneys for Plaintiff*

**OFFICE OF THE ATTORNEY GENERAL AARON FORD**

/s/ Douglas R. Rands
DOUGLAS R. RANDS (Bar No. 9674)
Senior Deputy Attorney General
*Attorneys for Defendants Charles Daniels, Ted Hanf, Dawn Jones, Michael Koehn, James Dzurenda, Michael Minev, Harold Wickham, and Kenneth Williams*

IT IS SO ORDERED

DATED this 23rd day of January, 2026.

_____
Miranda M. Du, U.S. District Judge

- 2 -

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS DANIELS, DZURENDA, AND WICKHAM**

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on January 22, 2026, I electronically filed the foregoing document entitled **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CHARLES DANIELS, JAMES DZURENDA AND HAROLD WICKHAM** via the CM/ECF system. The following participants in this case are registered electronic filing system users and will be served electronically:

Aaron D. Ford, Attorney General
Douglas R. Rands, Senior Deputy Attorney General
State of Nevada
OFFICE OF THE ATTORNEY GENERAL
100 N. Carson St.
Carson City, Nevada 89701-4717
Phone: (775) 684-1150
drands@ag.nv.gov
*Attorneys for Defendants Charles Daniels, Ted Hanf, Dawn Jones, Michael Koehn, James Dzurenda, Michael Minev, Harold Wickham, and Kenneth Williams*

**The following party will be served via email:**

**Kari L. Stephens**
Nevada Bar No. 007848
Jeffrey Burr, Ltd.
2600 Paseo Verde Parkway, Suite 200
Henderson, NV 89074
Phone: (702) 433-4455
Fax:    (702) 451-1853
karis@jeffreyburr.com
*Attorneys for MARY LEFLER, Special Administrator for the Estate of Gregory Martin*

**J. CANTOR LAW**
/s/ Julie D. Cantor
JULIE D. CANTOR

*Attorneys for Plaintiff Gregory Bolin*

CERTIFICATE OF SERVICE