AARON D. FORD
 Attorney General
DOUGLAS R. RANDS (Bar No. 3572)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1150 (phone)
Email: drands@ag.nv.gov

*Attorneys for Defendants*
*Michael Minev, Ted Hanf*
*and Kenneth Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREGORY BOLIN,

           Plaintiff,

v.

DR. KOHN, *et al.*,

           Defendants.

Case No. 3:23-cv-00168-MMD-CLB

**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE (ECF No. 85)**
**(First Request)**

Plaintiff, Gregory Bolin, by and through counsel, Julie D. Cantor, J. Cantor Law, and Paula M. Armeni, Clark Hill, PLC and Defendants Michael Minev, Ted Hanf, and Kenneth Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this *Joint Stipulation for Extension of Time to file Response to Plaintiff's Motion for Order to Show Cause.*

## MEMORANDUM OF POINTS AND AUTHORITIES

I.    **BACKGROUND AND RELEVANT PROCEDURAL HISTORY**

Mr. Bolin filed this case alleging violations of his constitutional rights.(ECF No. 5) Defendants have accepted service.(ECF No. 13) On or about March 25, 2024, this Court issued a Scheduling Order and Discovery Plan.(ECF No. 29)  Mr. Bolin filed a Motion for Order to Show Cause on January 16, 2026.  (ECF No. 85)  The response is due on January 30, 2026. Counsel for the Defendants has been in Court in Lovelock and conducting

depositions on other cases recently.  Additionally, the parties are conducting depositions on this matter this week.  Counsel for the Defendants has requested a one-week extension of time to respond to this motion.  Counsel for the Plaintiff does not oppose the extension of time.

## II.    APPLICABLE LAW FOR MOTION TO STAY DISCOVERY

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request is timely and will not hinder or prejudice Mr. Bolin's case but will allow for a thorough opportunity to respond to the motion.  The requested extension of time should permit the Defendant time to adequately gather the required exhibits  and prepare the response.  Defendant asserts that the requisite good cause is present to warrant the requested extension of time.  Therefore, additional time would be appreciated.  This is the first extension request on this response and is made in good faith.

## III.    CONCLUSION

Defendants assert that the requisite good cause and extenuating circumstances are present to warrant the requested extension of time. Therefore, Defendants requests an extension to file their response to Plaintiff's Motion for Preliminary Injunction.  The Parties

///

///

///

///

///

///

///

request an extension of 7 days, or to **Friday February 6, 2026,** to file the Defendants' response.

DATED this 28th day of January, 2026.　　　DATED this 28th day of January, 2026.

J. CANTOR LAW　　　　　　　　　　AARON D. FORD
CLARK HILL PLLC　　　　　　　　　Attorney General


By: /s/ *Julie D. Cantor*　　　　　　　By: /s/ *Douglas R. Rands*
　　Julie D. Cantor MD, JD　　　　　　　DOUGLAS R. RANDS, Bar No.　3572
　　Paola M. Armeni, Esq.　　　　　　　Senior Deputy Attorney
　　Attorneys for Plaintiff　　　　　　　Attorneys for Defendants

IT IS SO ORDERED.

_____

UNITED STATES JUDGE

DATED: January 28, 2026