AARON D. FORD
 Attorney General
DOUGLAS R. RANDS (Bar No. 3572)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1150 (phone)
Email: drands@ag.nv.gov

*Attorneys for Defendants*
*Michael Minev, Ted Hanf*
*and Kenneth Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GREGORY BOLIN,

    Plaintiff,

v.

DR. KOHN, *et al.*,

    Defendants.

Case No. 3:23-cv-00168-MMD-CLB

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

[ECF No. 102]

  Plaintiff, Gregory Bolin, by and through counsel, Julie D. Cantor, J. Cantor Law, and Paula M. Armeni, Clark Hill, PLC and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this Stipulation to Extend Deadlines to File Dispositive Motion (Second Request).

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. BACKGROUND AND RELEVANT PROCEDURAL HISTORY

  Mr. Bolin filed this case alleging violations of his constitutional rights.(ECF No. 5) Defendants have accepted service. (ECF No. 13)  On or about March 25, 2024, this Court issued a Scheduling Order and Discovery Plan. (ECF No. 29)  There have been several extensions of discovery. This Court recently granted a stipulation to extend the time for dispositive motions until June 29, 2026.  (ECF No. 101)  Since that time, Counsel for Plaintiff has filed a Motion for Leave to file a Third Amended Complaint.  (ECF No. 100)

The time for response to that motion has not run.  The Third Amended Complaint may affect the arguments in the dispositive motion.  Additionally, as the Court is aware, Counsel has had to cover hearings and filings from other attorneys who have recently left the office. Counsel for the Defendants has requested an additional 30 day extension of time to file this motion. Counsel for the Plaintiff does not oppose the extension of time.

## II.    APPLICABLE LAW FOR MOTION FOR EXTENSION OF TIME

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request is timely and will not hinder or prejudice Mr. Bolin's case but will allow for a thorough opportunity to respond to the motion.  The requested extension of time should permit the Defendant time to adequately gather the required exhibits  and prepare the response.  Defendant asserts that the requisite good cause is present to warrant the requested extension of time.  Therefore, additional time would be appreciated.  This is the second extension request on this response and is made in good faith.

## III.    CONCLUSION

Defendants assert that the requisite good cause and extenuating circumstances are present to warrant the requested extension of time. Therefore, Defendants requests an

///

///

///

///

///

///

///

Page **2** of **3**

extension to file their dispositive motion.  The Parties request an extension of 30 days, or to **Tuesday, July 28, 2026,** to file the Defendants' dispositive motion.

DATED this 29th day of June, 2026.    DATED this 29th day of June, 2026.

J. CANTOR LAW                          AARON D. FORD
CLARK HILL PLLC                        Attorney General


By: /s/ *Julie D. Cantor*              By: /s/ *Douglas R. Rands*
    Julie D. Cantor MD, JD             DOUGLAS R. RANDS, Bar No.   3572
    Paola M. Armeni, Esq.              Senior Deputy Attorney

    *Attorneys for Plaintiff*           *Attorneys for Defendants*


IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 29, 2026