**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

GREGORY BOLIN,

Plaintiff,

v.

DR. MICHAEL KOEHN, *et al.*,

Defendants.

Case No. 3:23-CV-00168-MMD-CLB

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

[ECF No. 100]

Pending before the Court is Plaintiff Gregory Bolin's ("Bolin") motion for leave to file his Third Amended and Supplemental Complaint. (ECF No. 100.) Bolin seeks to add a new claim against Defendant Kenneth Williams, add additional factual allegations regarding his cirrhosis, expand his prayer for relief, and remove three defendants he no longer wishes to pursue claims against. (*Id.* at 2-3.) Defendants filed a notice of non-opposition stating they "have no opposition" to Bolin's motion. (ECF No. 104.) Accordingly, Bolin's motion to amend, (ECF No. 100), is **GRANTED** as unopposed. The Clerk shall **FILE** Bolin's Third Amended and Supplemental Complaint, (ECF No. 100-1), which is now the operative complaint in this case.

**IT IS SO ORDERED**.

**DATED**: _July 7, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**