**J. CANTOR LAW**
JULIE D. CANTOR MD | JD
California Bar No. 231672**
E-mail: jc@jcantorlaw.com
1112 Montana Ave., #330
Santa Monica, California 90403
Telephone: (424) 291-2194
***Admitted pro hac vice*

**CLARK HILL PLC**
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail: parmeni@clarkhill.com
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300

**TRIAL LAWYERS FOR JUSTICE**
JAKOB Z. NORMAN
Wyoming Bar No. 6-3685**
ANSLEY H. O'BRIEN
Massachusetts Bar No. 711898**
Email: jakob@tl4j.com, ansley@tl4j.com
1700 Koch St., Suite 5
Bozeman, Montana 59715
Telephone: (307) 267-9432
***Admitted pro hac vice*

*Attorneys for Petitioner Gregory Bolin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY BOLIN,<br><br>Plaintiff,<br><br>v.<br><br>DR. KOEHN, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00168-MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES**<br><br>**[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LR IA 6-1, Plaintiff Gregory Bolin and Defendants, through counsel, stipulate and request a 45-day extension of Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment (ECF No. 114), filed August 27, 2026, from Thursday, September 17, 2026, to Monday, November 2, 2026.

This is the first request to extend this deadline.

Good cause exists because the response requires analysis of an extensive factual and medical record involving six defendants: ten depositions, one taken over two days, and more than 22,000 pages of documents, including medical records for Plaintiff and at least three comparators. Additional time is needed to synthesize that evidence, prepare declarations from Plaintiff and his two retained experts, and assemble the exhibits and record citations necessary to present the disputed facts.

This request is made in good faith and not for purposes of delay. Defendants agree that the extension will not prejudice them. Any reply remains due under LR 7-2(b).

Therefore, the Parties respectfully request that the Court approve this stipulation.

**DATED:** September 15, 2026

**CLARK HILL, PLC**

/s/ Paola M. Armeni
PAOLA M. ARMENI, ESQ.

**J. CANTOR LAW**

/s/ Julie D. Cantor
JULIE D. CANTOR MD | JD
*Attorneys for Plaintiff*

**OFFICE OF THE ATTORNEY GENERAL AARON FORD**

/s/ Douglas R. Rands
DOUGLAS R. RANDS (Bar No. 9674)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: September 16, 2026